```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TERESSA S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV274 |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCIPAL FINANCIAL GROUP and | ) | MEMORANDUM AND ORDER |
| PRINCIPAL LIFE INSURANCE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Counsel and the court met by telephone conference call this date, pursuant to Fed. R. Civ. P. 16. Counsel advised that the defendant has agreed to allow the plaintiff to submit additional documentation and facts, and to reinstitute an additional administrative review process. Counsel are hopeful the process can be concluded in ninety days, and agreed to stay the progression of this case until that process has been completed, in the hope it may resolve all issues in this litigation.

IT THEREFORE HEREBY IS ORDERED,

This matter is stayed for a period of ninety days from this date. At the conclusion of ninety days, or of the new review process, whichever first occurs, counsel shall notify the undersigned of the status of the matter and whether this case should then be restarted. If necessary, another Rule 16 planning conference will be convened at that time.

DATED this 5th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge