IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERESSA S. JOHNSON, ) | 8:05CV274 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| PRINCIPAL FINANCIAL GROUP, ) | |
| INC., and PRINCIPAL LIFE ) | |
| INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

    IT IS ORDERED that Plaintiff's unopposed motion to dismiss with prejudice (filing 18) is granted, and that, pursuant to Fed. R. Civ. P. 41(a), this action is hereby dismissed with prejudice, all parties to pay their own costs and fees.

April 6, 2006.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge